IN THE UNITED STATES DISTIRCT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTOR J. FREDERICKS, *On behalf of himself and all similarly situated individuals,*<br><br>Plaintiff,<br><br>v.<br><br>BLACK KNIGHT SECURITY, INC., and GENERAL INFORMATION SOLUTIONS, LLC,<br><br>Defendants. | Civil Action No.: 2:21-cv-00533<br><br>Honorable Robert J. Colville<br><br>CLASS ACTION |

**STIPULATION TO ARBITRATE AND DISMISS CLAIMS
AGAINST BLACK KNIGHT SECURITY**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Victor J. Fredericks ("Fredericks") and Defendant Black Knight Security, Inc. ("Black Knight Security"), by and through their undersigned counsel, hereby submit this Stipulation to Arbitrate and Dismiss Claims against Black Knight Security, and in support thereof, state the following:

1. Fredericks and Black Knight Security are parties to an agreement to arbitrate that would cover the claims Fredericks has asserted against Black Knight Security.

2. Fredericks and Black Knight Security have agreed to dismiss the claims that Fredricks asserted against Black Knight Security in the instant Complaint, without prejudice.

3. This stipulation of dismissal has been signed by all parties that have made an appearance in this case, including the other defendant named by Fredericks, General Information Solutions, LLC.

Fredericks and Black Knight Security therefore respectfully request that (a) this Court order that the claims asserted against Black Knight Security be submitted to arbitration pursuant

to Fredericks' and Black Knight Security's arbitration agreement, and (b) that those claims be dismissed without prejudice.

SO STIPULATED.

DATED this 23rd day of June, 2021

/s/ Leonard A. Bennett
Leonard A. Bennett
Craig C. Marchiando
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
len@clalegal.com
craig@clalegal.com


Angeli Murthy
Morgan & Morgan, P.A.
8151 Peters Road, 4th Floor
Plantation, Florida 33324
amurthy@forthepeople.com

Marc R. Edelman
Morgan & Morgan, P.A.
201 N. Franklin Street, Suite 700
Tampa, FL 33602
medelman@forthepeople.com

*Counsel for Plaintiff*

AND NOW, this 24th day of June, 20 21,
IT IS SO ORDERED.
_____
UNITED STATES DISTRICT JUDGE

DATED this 23rd day of June, 2021

/s/ Marla N. Presley
Marla N. Presley, PA I.D. No. 91020
Jackson Lewis, P.C.
1001 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222
Telephone: (412) 232-0404
Facsimile: (412) 232-3441
marla.presley@jacksonlewis.com

Kevin D. Holden, VA Bar No. 30840
Jackson Lewis, P.C.
701 East Byrd Street, 17th Floor
Richmond, Virginia 23219
Telephone: (804) 212-2888
Facsimile: (804) 649-0403
Kevin.Holden@JacksonLewis.com

*Counsel for Black Knight Security*


/s/ Cindy D. Hanson
Michael G. Connelly
Troutman Pepper Hamilton Sanders LLP
Union Trust Building
501 Grant Street, Suite 300
Pittsburgh, PA 15219
Michael.connelly@troutman.com

Cindy D. Hanson
Troutman Pepper Hamilton Sanders LLP
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
Telephone: 404-885-3830
cindy.hanson@troutmansanders.com

*Counsel for General Information Solutions, LLC*

2